## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re                                     )     CHAPTER 7
                                          )
CONTRERAS, TIMOTHY D                      )     CASE NO. 4-05-05022-JMM
                                          )
                      Debtor(s).          )     **APPLICATION FOR PAYMENT OF**
                                          )     **UNCLAIMED FUNDS TO THE U.S.**
                                          )     **BANKRUPTCY COURT**
                                          )
_____          )

Sharon Maxwell, Trustee, reports that the following dividend check(s) have been issued and

not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|-----------|---------------------------|----------------|-------------|
| 3 | WELLS FARGO FINANCIAL<br>7731 E BROADWAY BLVD, STE B-1<br>TUCSON, AZ 85710-3941 | $2,551.00 | $2,828.13 |

_____2/14/09_____          /s/ SM_____
         Date                  Sharon Maxwell, Trustee